GRACE H. GUINZBURG and Another, Appellants, v. GUSTAVE BLUMENTHAL and Another, as Executors and Trustees, etc., Respondents.— Motion denied,

with ten dollars costs, and stay vacated. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.